M. Francis Malone, Appellant, v. State of New York, Respondent. (Claim No. 32327.) — Judgment affirmed, without costs of this appeal to either party. Memorandum: The doctrine of *respondeat superior* does not apply as between the State and the Black River Regulating District. It follows that the State is not liable for the acts of the Regulating District. (*Pantess* v. *Saratoga Springs Auth.*, 255 App. Div. 426.) All concur. (Appeal from a judgment dismissing a claim for a permanent injunction and for damages alleged to have been caused to claimant's property by reason of illegal acts by the Black River Regulating District.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

Raphael Joseph et al., Respondents, v. Dominic Ervolina et al., Appellants. — Order as to ordering paragraphs fifth, eighth, and ninth affirmed; otherwise order reversed, with $10 costs and disbursements and motion under rule 103 of the Rules of Civil Practice granted and plaintiff directed to serve an amended complaint within twenty days, omitting all objectionable matter, upon payment of $10 costs and the costs of this appeal. Memorandum: The complaint as a whole offends every rule of good pleading and calls for the application of our decision in *Isaacs* v. *Washougal Clothing Co.* (233 App. Div. 568, 572), " The purpose of pleadings is to present and define the issues to be tried and determined, and not to confound and befog them. * * * The court should not be compelled to wade through a mass of verbiage and superfluous matter in order to pick out an allegation here and there, which, pieced together with other statements taken from another part of the complaint, will state a cause of action." On defendants' motion under rule 103 of the Rules of Civil Practice, therefore, the court held that " the plaintiffs should be required to serve amended complaints omitting all objectionable matter." The order appealed from also directs that defendants submit to an examination before trial. This was error in the absence of the service of an answer. (*Punia* v. *Dry Dock Sav. Bank*, 280 App. Div. 431; *Welsh* v. *Cowles Shipyard Co.*, 200 App. Div. 724.) All concur. (Appeal from an order denying defendants' motion for an order compelling plaintiffs to make their complaint more definite and certain and to dismiss the complaint.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

The People of the State of New York ex rel. Annie Matthews, Respondent, against Willie Jessie, Jr., Appellant. — Final order reversed on the law and facts and proceeding dismissed, without costs of this appeal to either party. Memorandum: We think the proof is insufficient to establish that the defendant is the father of the child. All concur. (Appeal from a final order adjudging defendant to be the father of the child of complainant and directing him to pay counsel fees and other expenses, in a filiation proceeding.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.